ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant*
*State Farm Fire & Casualty Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

| | |
|---|---|
| NELSON ANON, an individual, and MAIRELYS RODRIGUEZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE & CASUALTY COMPANY, a foreign insurance company; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-01507-JCM-BNW<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiffs NELSON ANON and MAIRELYS RODRIBUEZ (collectively "Plaintiffs"), by and through their counsel, LAW OFFICE OF BRENT ELLISON, and Defendant STATE FARM MUTUAL FIRE AND CASUALTY COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH

…

…

…

…

…

…

LLP, that all of Plaintiffs' claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

Dated this 5th day of October, 2026

LAW OFFICE OF BRENT ELLISON

/s/ Brent T. Ellison

BRENT T. ELLISON
Nevada Bar No. 12200
255 East Bonneville Avenue
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

Dated this 5th day of October, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Robert W. Freeman

ROBERT W. FREEMAN
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No. 14198
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED this 5th day of October, 2026.

James C. Mahan

UNITED STATES DISTRICT JUDGE